**Appeal Dismissed and Memorandum Opinion filed September 26, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00539-CV

### JAMES L. HARDIN, Appellant

### V.

### STEVEN R. BLANCHARD, Appellee

**On Appeal from the County Court at Law No. 2 and Probate Court
Brazoria County, Texas
Trial Court Cause No. CI56316**

## MEMORANDUM OPINION

This appeal is from a judgment signed March 29, 2023. After a timely request for findings of fact and conclusions of law was filed, the notice of appeal was filed June 23, 2023. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On August 1, 2023, appellant was instructed to pay the appellate filing fee on or before August 21, 2023 or the appeal would be subject to dismissal without further notice. Appellant did not provide any response to the notice.

On September 7, 2023, appellant was ordered to pay the filing fee on or before September 18, 2023. *See* Tex. R. App. P. 4.1(a). In the order, the court notified appellant that failure to comply with this requirement would leave the appeal subject to dismissal without further notice for want of prosecution.

Appellant has not paid the appellate filing fee, nor has he otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.